UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


BABETTE FRIEDMAN,

     Plaintiff,

vs.

TOWN OF PEMBROKE PARK, a
Florida Municipal Corporation, and
Commissioner Geoffrey Jacobs,

     Defendants.

_____/

## DEFENDANTS' NOTICE OF REMOVAL

Come now, Defendants, COMMISSIONER GEOFFREY JACOBS and TOWN OF PEMBROKE PARK, through undersigned counsel and pursuant to 28 U.S.C. §§ 1441 and 1446(a) remove this action from the Circuit Court of the Seventeenth Judicial Circuit in and for Miami-Dade County, Florida, and in support state:

1.     Plaintiff filed a Complaint in state court on December 13, 2023. Service was made on Commissioner Geoffrey Jacobs on January 24, 2024. Both Defendants consent to removal. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

2.     Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over this action, which alleges a claim under 42 U.S.C. § 1983. This case then presents a federal question and seeks redress for alleged violation of federally protected rights. The Court has supplemental jurisdiction under 28 U.S.C. § 1367 because the remaining claim asserted under Florida law is closely related to the § 1983 claim and arises from the same circumstances.

3.     Therefore, removal to this Court is appropriate pursuant to 28 U.S.C. § 1441(a).

4.      Defendants have not yet answered or otherwise responded to the Complaint, and there is limited record activity pertaining to the Complaint pending in state court.

5.      This Court has concurrent original jurisdiction over § 1983 claims. *See Haywood v. Drown*, 556 U.S. 729, 735 (2009).

6.      A Copy of the Complaint along with the other court filings are attached hereto and made a part hereof as Composite "Exhibit A" in accordance with 28 U.S.C. § 1446(a).

7.      Defendants have filed a notice of removal with the clerk of the state court in accordance with 28 U.S.C. § 1446(d).

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been Electronically filed with the Clerk of the Court, who will electronically serve all counsel on the attached service list this 13th day of February, 2024.

WYDLER LAW
*Attorneys for Defendant Jacobs*
2600 Douglas Road, PH-4
Coral Gables, FL 33134
(305) 446-5528
(305) 446-0995 (fax)

BY      /s/ Lourdes Espino Wydler
LOURDES ESPINO WYDLER
F.B.:  719811
lew@wydlerlaw.com
LAUREN D. MARTIN
F.B.:  1034166
ldm@wydlerlaw.com
Secondary emails:
dinah@wydlerlaw.com
guertty@wydlerlaw.com

*Friedman v. Town of Pembroke Park, et al.*
*Circuit Court Case No.:  CACE23022413*
*Page 3*

## SERVICE LIST

Michael T. Davis
FBN: 63374
mdavis@kuehnelaw.com
Benedict P. Kuehne
FBN:  233293
Johan D. Dos Santos
FBN:  1025373
Johand@kuehnelaw.com
efiling@kuehnelaw.com
KUEHNE DAVIS LAW, P.A.
100 S.E. 2nd Street, Suite 3105
Miami, FL 33131
(305) 789-5989
(305) 789-5987
*Attorneys for Plaintiff*


Christopher Stearns, Esquire
stearns@jambg.com
Jonathan H. Railey, Esq.
railey@jambg.com
Johnson Anselmo Murdoch, et al.
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304-3113
(954) 463-0100
(954) 463-2444 (fax)
young@jambg.com
nunez@jambg.com
garrido@jambg.com
*Attorneys for Defendant Town of Pembroke Park*


Michael A. Pizzi, Jr., Esq.
FBN:  079545
mpizzi@pizzilaw.com
MICHAEL A. PIZZI, JR., P.A.
6625 Miami Lakes Drive – Suite 316
Miami Lakes, FL 33014
(786) 594-3948
*Co-Counsel for Defendant Geoffrey Jacobs*